## WISSLER, Estate of In Re.

Ohio Appeals, Second District, Franklin County.

No. 3827.  Decided June 5, 1945.

H. F. Adams, Columbus, Joseph Stanton, Columbus, for the appellee, and for the motion.

Williams, Williams & Reynolds, Columbus, for appellant, and contra the motion.

## OPINION

BY THE COURT:

Submitted on motion of the administratrix to dismiss the appeal for the failure of appellant to file brief within Rule VII of the Court of Appeals. The appeal is on questions of law, and more than fifty days have elapsed since the filing of the notice of appeal and no briefs have been filed by the appellant.

The motion will be sustained.

HORNBECK, P. J., GEIGER and MILLER, JJ., concur.